UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Jose A Martinez

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -Mag-     ( UA )

Defendant ___JOSE A. MARTINEZ___ hereby voluntarily consents to participate in the following proceeding via __X_ videoconferencing or _X__ teleconferencing:

__X_    Initial Appearance Before a Judicial Officer

___    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer


 /s/ Jose A. Martinez by JCM with permission
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

 Jose A. Martinez
_____
Print Defendant's Name

 /s/ Susanne Brody by JCM with permission
_____
Defendant's Counsel's Signature


 Susanne Brody
_____
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

 12/11/2020
_____
Date

___*Judith C. McCarthy*_____
U.S. District Judge/U.S. Magistrate Judge