UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

                       Plaintiff,                    **SCHEDULING ORDER**

      -against-                                    20 MJ 13234

JOSE A. MARTINEZ,

                      Defendant.
-------------------------------------------------------X

       The Court has scheduled an arraignment for January 12, 2022 at 2:00 p.m. before Magistrate Judge Judith C. McCarthy using the Cisco Webex platform. Counsel will be provided with a link to connect to the conference via video.

       Members of the press and public may call 855-244-8681 and enter access code 231 655 66056 to listen to the proceeding, but will not be permitted to speak during the conference. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. See Local Civil Rule 1.8. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.

Dated: January 11, 2022
       White Plains, New York

                                                           **SO ORDERED:**

                                                           JUDITH C. McCARTHY
                                                           United States Magistrate Judge